Opinion issued May 30, 2024



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00143-CV

_____

**WESTERN INTERNATIONAL GAS & CYLINDER, INC., Appellant**

**V.**

**H & H LAND, L.P. AND WESTERN TAMPA, LLC, Appellees**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-83133**

---

## MEMORANDUM OPINION

Appellant Western International Gas & Cylinder, Inc. and Appellees H & H Land, L.P. and Western Tampa, LLC previously filed a Joint Motion to Abate announcing settlement and requesting that this Court abate the appeal pending the

sale of certain real property to finalize their settlement. We granted the motion and abated the appeal on December 21, 2023.

On May 1, 2024, the parties filed a Joint Motion to Reinstate and Dismiss Appeal, representing that "[t]he parties closed on the[] sale of the properties[,]" and therefore, "the settlement has been finalized and this appeal can be dismissed." We grant the parties' Joint Motion to Reinstate and Dismiss the Appeal.

The appeal is reinstated on this Court's active docket. We dismiss the appeal without judgment by agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.